In re:  BOY SCOUTS OF AMERICA; and DELAWARE BSA LLC,

        Debtors


        Arrowood Indemnity Company,

                                Appellant